Adam Pennella, SBN 246260
Wolf, Pennella & Stevens, LLP
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@wps-law.com

Counsel for Defendant
Oscar Vargas

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR VARGAS,<br><br>Defendant | Case No.: CR 14-70886 MAG<br><br>STIPULATION AND [PROPOSED]<br>ORDER WAIVING DEFENDANT'S<br>PERSONAL APPEREARANCE<br><br>Date: September 21, 2015<br>Time: 9:30 a.m.<br>Honorable Kandis A. Westmore |

IT IS HEREBY STIPULATED by and between the parties hereto and undersigned counsel, and with the consent of defendant Oscar Vargas, that pursuant to Federal Rule of Criminal Procedure 43, his personal appearance be waived for the hearing set for September 21, 2015.

It is anticipated that at the hearing set for September 21, 2015 will serve as a status hearing (not an arraignment), as the referral for pretrial diversion is pending U.S. Attorney supervisor review and approval.

Mr. Vargas was released on pretrial supervision in this matter in July, 2014 and successfully completed a residential substance abuse treatment program.  Thereafter, he has been of perfect compliance with the terms of his pretrial release, including weekly outpatient treatment, drug testing and voluntarily attending Narcotics Anonymous meetings multiple times

per week for the months thereafter.  He is currently living in Modesto and attending truck driving school.  In order to attend court, he would have to take a day off from that instruction, rent a car and drive to the Bay Area.  Given those factors, he requests a waiver at the upcoming appearance.

       Government counsel does not oppose the waiver of Mr. Vargas' appearance for the hearing set for September 21, 2015.

**IT IS SO STIPULATED**

Dated: September 17, 2015                      _____/s/_____
                                                    Adam Pennella
                                                    Counsel for Oscar Vargas

Dated: September 17, 2015                      BRIAN STRETCH
                                                    UNITED STATES ATTORNEY

                                                    _____/s/_____
                                                    Katie Medearis
                                                    Assistant United States Attorney

**SO ORDERED**

Dated: 9/18/15                                         _____
                                                    Honorable Kandis A. Westmore
                                                    United States Magistrate Judge